IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN A. RHODE, #2009050080                                              PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:09-cv-388-LG-RHW

SHERIFF DAVID ALLISON
and STEVE GARBER                                                        DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed. R. Civ .P. 41(b).

**SO ORDERED AND ADJUDGED** this the 19th day of November, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE